IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
__EASTERN__ DIVISION

__MARK ALLEN McCONNAUGHY__
(Enter Above the Name of the Plaintiff in this Action)

vs.

__BELMONT COUNTY COURTHOUSE__
(Enter above the name of the Defendant in this Action)

2:21-cv-2240

Judge Morrison
Magistrate Judge Vascura

If there are additional Defendants, please list them:

**COMPLAINT**

I. Parties to the action:

Plaintiff: Place your name and address on the lines below. The address you give must be the address where the court may contact you and mail documents to you. A telephone number is required.

__MARK ALLEN McCONNAUGHY__
Name - Full Name Please - PRINT

__3546 MONROE ST. APT. #3__
Street Address

__BELLAIRE, OHIO 43906__
City, State and Zip Code

__1-740-325-1154__
Telephone Number

If there are additional Plaintiffs in this suit, a separate piece of paper should be attached immediately behind this page with their full names, addresses and telephone numbers. If there are no other Plaintiffs, continue with this form.

Defendant(s):

Place the name and address of each Defendant you listed in the caption on the first page of this Complaint. This form is invalid unless each Defendant appears with full address for proper service.

1. <u>BELMONT COUNTY COURTHOUSE</u>
   Name - Full Name Please

   <u>101 W. MAIN ST. ST. CLAIRSVILLE, OHIO 43950</u>
   Address: Street, City, State and Zip Code

2. _____

3. _____

4. _____

5. _____

6. _____

If there are additional Defendants, please list their names and addresses on a separate sheet of paper.

II. Subject Matter Jurisdiction

Check the box or boxes that describes your lawsuit:

■ Title 28 U.S.C. § 1343(3)
[A civil rights lawsuit alleging that Defendant(s) acting under color of State law, deprived you of a right secured by federal law or the Constitution.]

☐ Title 28 U.S.C. § 1331
[A lawsuit "arising under the Constitution, laws, or treaties of the United States."]

☐ Title 28 U.S.C. § 1332(a)(1)
[A lawsuit between citizens of different states where the matter in controversy exceeds $75,000.]

☐ Title _____ United States Code, Section _____
[Other federal status giving the court subject matter jurisdiction.]

III. Statement of Claim

Please write as briefly as possible the facts of your case. Describe how each Defendant is involved. Include the name of all persons involved, give dates and places.

Number each claim separately. Use as much space as you need. You are not limited to the papers we give you. Attach extra sheets that deal with your statement claim immediately behind this piece of paper.

THE BELMONT COUNTY COURTHOUSE HAS AND CURRENTLY IS DENYING ME ACCESS TO THE JUDICIAL SYSTEM OF THE UNITED STATES OF AMERICA IN VIOLATION OF MY 14TH AMMENDMENT RIGHTS TO DUE PROCESS UNDER THE U.S. CONSTITUTION! SINCE I AM ALSO DISABLED, THIS IS ALSO A VIOLATION OF TITLE 2 OF THE AMERICANS WITH DISABILITIES ACT. THEIR ACTIONS IS IN RETALIATION TO A LAWSUIT I AM CURRENTY FILING IN YOUR COURTHOUSE FOR A VIOLATION OF MY CIVIL RIGHT TO SAFETY! THIS COURTHOUSE HAS USED MY HOMETOWN POLICE DEPARTMENT TO INTIMIDATE ME, THEY HAVE BLOCKED ANY AND ALL PHONE CALLS I MAKE TO THE COURTHOUSE FROM MY HOME PHONE AND HAS REFUSED TO ALLOW ME TO REQUEST A CHANGE OF VENUE FOR A MOTION THAT CAUSED THE VIOLATION OF MY CIVIL RIGHT TO SAFETY. I HAVE NO ACCESS TO TRANSPORTATION OTHER THAN MEDICAL APPOINTMENTS AND NO ACCESS TO OUT-GOING MAIL. THIS BEHAVIOR BY THE BELMONT COUNTY COURTHOUSE BEGAN ON APRIL 21ST, 2021 AND WILL CONTINUE INTO THE FUTURE. I HAVE INFORMED MY PHONE PROVIDER, COMCAST, OF THE SITUATION AND THEIR PHONE DEPARTMENT TO ENLIST THEIR ASSISTANCE IN PHONE RECORDS. I WILL ALSO FILE A JUDICIAL MISCONDUCT REPORT WITH THE OHIO ATTORNEY GENERAL. I AM TRULY BEING DERRIVED OF DUE PROCESS! PLEASE ALLOW THIS TO MOVE FORWARD!

P.S. I WILL REQUEST THE F.B.I PERFORM AN INVESTIGATION UNDER TITLE 18 U.S.C. SECTION 241 CONSPIRACY AGAINST RIGHTS

IV. Previous lawsuits:

If you have been a Plaintiff in a lawsuit, for each lawsuit state the case number and caption. (Example, Case Number: 2:08-cv-728 and Caption: John Smith vs. Jane Doe).

| Case Number | Caption |
|---|---|
| _____ | _____ vs. _____ |
| _____ | _____ vs. _____ |
| _____ | _____ vs. _____ |

V. Relief

In this section please state (write) briefly exactly what you want the court to do for you. Make no legal argument, cite no case or statutes.

I WISH TO BE COMPENSATED $1,000,000.00 IN DAMAGES

I state under penalty of perjury that the foregoing is true and correct. Executed on this 24TH day of APRIL, 20 21.

_____
Signature of Plaintiff

-4-